# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**JOSEPH MIGUEL DAMARVILLE**
         Plaintiff

    vs.                                **CASE NUMBER: 5:11-CV-1050 (NAM/ATB)**

**SYRACUSE CITY SCHOOL DISTRICT, ANNE SANSONE, Assistant Director Personnel, in her Official and Individual Capacities and Principal, CORLISS HERR, in her official and individual capacities**
         Defendants

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Summary Judgment is GRANTED, that the Complaint is DISMISSED with prejudice. It is further ordered that the Motion to Appoint Counsel is DENIED. Therefore Judgment is entered in favor of defendants and this case is closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 13th day of March, 2013.

DATED: March 18, 2013

Clerk of Court

s/

_____

Joanne Bleskoski
Deputy Clerk